700

44 So.2d 907
**Gray Eddie TILLMAN v. SOUTHERN ICE CORPORATION et al.**
**6 Div. 875.**

Supreme Court of Alabama.
Feb. 21, 1950.

Drennen & Drennen, of Birmingham, for appellant.

Mark L. Taliaferro, of Birmingham, for appellees.

PER CURIAM.

Judgment of reversal set aside and opinion, Dec. 15, 1949, withdrawn. Appeal dismissed by agreement.

BROWN, FOSTER, LIVINGSTON, LAWSON and STAKELY, JJ., concur.

46 So.2d 858
**W. A. TRIBBLE v. U. G. WHITE.**
**8 Div. 525.**

Supreme Court of Alabama.
March 21, 1950.

Malone & Malone, of Athens, for appellant.

R. B. Patton and D. U. Patton, of Athens, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

46 So.2d 858
**Truman USERY v. STATE.**
**6 Div. 988.**

Supreme Court of Alabama.
March 22, 1950.

Powell & MacLaurin, of Jasper, and Beddow & Jones, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed motion of appellant.

45 So.2d 869
**Burnette WATSON, Jr. v. STATE.**
**4 Div. 589.**

Supreme Court of Alabama.
March 16, 1950.

E. O. Baldwin, of Andalusia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.